No. **CR 07 00805 JW**

HRL

FILED DEC 19 2007

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
## *vs.*
## EDGAR THOMAS RENSEL

# INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2252A(a)(2)(A) & 2252A(b)(1) - Attempted Receipt of Child Pornography

**COUNT TWO**: 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

*A true bill.*

_____
Foreperson

Filed in open court this __19__ day of __December__

A.D. 200_7_

_____
United States Magistrate Judge

Bail. $- _Summons_ 1/10/08

DOCUMENT NO / CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

Attorney for Plaintiff

FILED
DEC 19 2007

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 00805 JW  HRL |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. §§ 2252A(a)(2)(A) & 2252A(b)(1)- Attempted Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)- Criminal Forfeiture |
| EDGAR THOMAS RENSEL | ) | |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252A(a)(2)(A) & 2252A(b)(1) – Attempted Receipt of Materials Constituting or Containing Child Pornography)

1. On or about October 25, 2006, in the Northern District of California, the defendant

EDGAR THOMAS RENSEL

did knowingly and intentionally attempt to receive child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual
           Depiction of a Minor Engaging in Sexually Explicit Conduct)
2
3      2. On or about March 1, 2007, in the Northern District of California, the defendant
4                                EDGAR THOMAS RENSEL
5  did knowingly and intentionally possess certain matter, to wit, images, which visual depictions
6  had been mailed and transported in interstate or foreign commerce by any means, including by
7  computer, the producing of which visual images involved the use of one and more minors
8  engaging in sexually explicit conduct and which visual depictions were of such conduct, in
9  violation of Title 18, United States Code, Section 2252(a)(4)(B).
10 FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
11     3. The allegations contained in Counts One and Two of this Indictment are hereby realleged
12 and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to
13 Title 18, United States Code, Section 2253.
14     4. Upon conviction of the offenses alleged in Counts One and Two above, or either of
15 them, the defendant
16                               EDGAR THOMAS RENSEL
17 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
18 and (a)(3) all visual depictions described in Title 18, United States Code Section 2252, and all
19 property, real or personal, used or intended to be used to commit or promote the commission of
20 the offenses of conviction, including a Power Spec CPU, serial number 870506020113, and a
21 Western Digital model WD400 hard drive, serial #WMAAT5068357, that was seized from the
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                 2

1 | defendant's residence.

3 | DATED: 12/19/07                           A TRUE BILL.

                                                                      FOREPERSON

7 | SCOTT N. SCHOOLS
   | United States Attorney

9 | _____
10 | MATTHEW A. PARRELLA
    | Chief, San Jose Office

12 | (Approved as to form: _____Choi_____ )
                              AUSA Choi

INDICTMENT                                 3

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

18 U.S.C. § 2252A(a)(2)(A) & 2252A(b)(1) - Attempted Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count 1: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Count 2: 10 years imprisonment; $250,000 fine, 3 years supervised release, $100 special assessment fee

---

**DEFENDANT - U.S.**

▶ EDGAR THOMAS RENSEL

**DISTRICT COURT NUMBER**
CR 07 00805 JW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Wade Luders, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) EUMI CHOI

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
716 Ames Avenue, Palo Alto, CA 94303

Date/Time: January 10, 2008 at 9:30am
Before Judge: Howard R. Lloyd

Comments: