PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Howard Lloyd<br>U.S. Magistrate Judge | **RE:** | Edgar Thomas Rensel |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-00805 JW |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  (408) 535-5223
U.S. Pretrial Services Officer  TELEPHONE NUMBER

**FILED**
**JAN 10 2008**
CLERK ...ING
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant shall submit to electronic monitoring and contribute to its cost as directed by U.S. Pretrial Services**

B. **The defendant shall comply with a curfew as directed by U.S. Pretrial Services**

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  1/10/08
JUDICIAL OFFICER  DATE

Cover Sheet (12/03/02)