UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/10/2008
**Case No.:** CR-07-0805 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Edgar Rensel (NC)

**Attorney(s) for Plaintiff(s):** Emoi Choi
**Attorney(s) for Defendant(s):** Tom Deremigio

## PROCEEDINGS

Status/Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant Rensel present and not in custody for proceedings. This was the initial appearance of the Defendant before the Court. The Last Date for Trial is April 17, 2008. The Court continued this matter to May 12, 2008 at 1:30 PM for Trial Setting/Status Hearing. Time is excluded from March 10, 2008 through May 12, 2008 to accommodate discovery investigation and continued efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: