## PROPOSED ORDER/COVER SHEET

TO:  Honorable Howard Lloyd  
U.S. Magistrate Judge

RE:  Edgar Rensel

FROM:  Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.:  CR07-00805 JW

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jaime A. Carranza  
U.S. Pretrial Services Officer

(408) 535-5226  
TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: May 12, 2008

**FILED**

MAY 1 2 2008

RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____  _____
JUDICIAL OFFICER          DATE 5/12/08

Cover Sheet (03/26/08)