UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 5/12/2008
**Case No.:** CR-07-0805 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Edgar Rensel  (NC)

**Attorney(s) for Plaintiff(s):** Richard Cheng for Emoi Choi
**Attorney(s) for Defendant(s):** Tom Deremigio

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to June 23, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from May 12, 2008 through June 23, 2008 for efforts to resolve this matter short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: