UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 23, 2008 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** CR- 07-0805 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Edgar Rensel (NC)

**Attorney(s) for Plaintiff(s):** Emoi Choi
**Attorney(s) for Defendant(s):** Tom Deremigio

### PROCEEDINGS

Status re Setting/Disposition

### ORDER AFTER HEARING

**Hearing Held. Defendants present and not in custody for proceedings. The Court continued this matter to September 15, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from June 23, 2008 through September 15, 2008 to accommodate discovery disclosure and for efforts to resolve this matter short of trial.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: